Daniel G. Lewis, SBN 121774
KERRY, GARCIA & LEWIS
3020 Old Ranch Parkway, Suite 300
Seal Beach, California 90740
(562) 799-5540
(562) 799-5710 fax
DAN0806@AOL.COM

Attorneys for Plaintiff
ISABELLE MOHELSKI

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE MOHELSKI,<br><br>Plaintiff,<br><br>v.<br><br>KOVATCH MOBILE EQUIPMENT CORPORATION and DOES 1 - 50,<br><br>Defendants. | Case No. 5:09-CV-02221-VAP-OP<br><br>ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>F.R.C.P. RULE 41(a)(1)(A) |

## *ORDER*

After review of the Plaintiff ISABELLE MOHELSKI's ("Plaintiff") Notice of Stipulation for Voluntary Dismissal of Action with Prejudice, and the recitals and stipulations between the Plaintiff and Defendant KOVATCH MOBILE EQUIPMENT CORPORATION ("Defendant") and for **GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Voluntary Dismissal of Action With Prejudice as entered into between Plaintiff and Defendant is accepted by the Court;

**WHEREFORE,** this action is dismissed with prejudice

1 | **IT IS SO ORDERED.**
2 | DATED: 11-19-2010

*Virginia A. Phillips*

By: _____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE